**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-132-02ML** |
| | ) | |
| **DANIEL D. MCLAIN** | ) | |

---

**MOTION TO ENLARGE TIME FOR FILING PRETRIAL MOTIONS**

Now comes the accused, Daniel D. McLain, by and through his counsel, and moves this Honorable Court to enlarge the time for filing pretrial motions by thirty (30) days from December 18 to January 18, 2006.

In support of this motion counsel states that she will need the additional time to review the complete discovery with the defendant and prepare the appropriate motions.

The Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

The government, through AUSA Sandra Beckner, indicates it has no objection to the granting of this motion.

Respectfully submitted
Pedro Wilson Hernandez-Castillo
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Zechariah Chafee, AUSA on the 4th day of December, 2006.

/s/ Mary S. McElroy