THIS DOCUMENT IS A SEALED DOCUMENT