UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-132-02ML |
| | ) | |
| DANIEL MCLAIN | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes Daniel McLain, the Defendant in the above captioned matter, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for May 4, 2007 for an additional thirty (30) days. Mr. McLain submits the attached memorandum in support of this request.

Respectfully submitted
Daniel McLain
By his attorney,

/s/ Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney, and United States Probation on April 12, 2007.

/s/ Mary S. McElroy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-132-02ML |
| | ) | |
| DANIEL MCLAIN | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. McLain has moved this Honorable Court to continue the sentencing in this matter currently scheduled for May 4, 2007, for an additional thirty (30) days. Mr. McLain states that the additional time is needed for the government and defense to complete the investigation necessary for sentencing.

Respectfully submitted
Daniel McLain
By his attorney,

/s/ Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney, and United States Probation on April 12, 2007.

/s/ Mary S. McElroy