**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-132-02ML** |
| | ) | |
| **DANIEL MCLAIN** | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes Daniel McLain, the Defendant in the above captioned matter, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for September 14, 2007 for an additional sixty (60) days. Mr. McLain submits the attached memorandum in support of this request.

Respectfully submitted
Daniel McLain
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra R. Beckner, AUSA and the United States Probation Office on the 30th Day of August, 2007.

/s/ Mary S. McElroy

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-132-02ML** |
| | ) | |
| **DANIEL MCLAIN** | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. McLain has moved this Honorable Court to continue the sentencing in this matter currently scheduled for September 14, 2007, for an additional sixty (60) days. Mr. McLain states that the additional time is needed for the government and defense to complete the investigation necessary for sentencing. The government, through AUSA Sandra Beckner, has agreed to this continuance and indicated it has no objection to the granting of this motion.

Respectfully submitted
Daniel McLain
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra R. Beckner, AUSA and the United States Probation on the 30th Day of August, 2007.

/s/ Mary S. McElroy