**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-132-02ML** |
| | ) | |
| **DANIEL MCLAIN** | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes Daniel McLain, the Defendant in the above captioned matter, and moves this Honorable Court to continue the sentencing in this case, currently scheduled for November 14, 2007. In support of this request, the undersigned states that she is court excused for that week for the purposes of attending the Assistant Federal Defender Conference in Santa Fe, NM. I would respectfully request that the sentencing in this matter be scheduled for December 6, 2007.

The Government, through AUSA Sandra Beckner, indicates that it has no objection to the granting of this motion.

Respectfully submitted
Daniel McLain
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra R. Beckner, AUSA and the United States Probation Office on the 5th day of October, 2007.

/s/ Mary S. McElroy

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-132-02ML** |
| | ) | |
| **DANIEL MCLAIN** | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. McLain has moved this Honorable Court to continue the sentencing in this matter currently scheduled for June 7, 2007, for an additional ninety (90) days. Mr. McLain states that the additional time is needed for the government and defense to complete the investigation necessary for sentencing. The government, through AUSA Sandra Beckner, has agreed to this continuance and indicated it has no objection to the granting of this motion.

Respectfully submitted
Daniel McLain
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra R. Beckner, AUSA and the United States Probation on the 1st day of May, 2007.

/s/ Mary S. McElroy