IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR-06-132ML |
| | : | |
| DANIEL D. MCLAIN | : | |

GOVERNMENT'S SENTENCING MEMORANDUM

Pursuant to the plea agreement, the government recommends a sentence of 188 months imprisonment. A sentence of 188 months is appropriate given the nature of the offense, the defendant’s extensive criminal history, and the need to promote respect for the law, protect the public, and deter criminal misconduct.

The defendant’s criminal history suggests that he poses a danger to his community. In the twelve years preceding his arrest in this case, the defendant was convicted of five felony drug offenses, three of which were for trafficking. On September 26, 2003, the defendant was convicted of possession 136 grams of cocaine and was found in possession of $15,480. This suggests that the defendant is more than a street level dealer. In addition to his drug dealing, the defendant has demonstrated violence. In 1997, the defendant was convicted of resisting arrest for pushing a police officer, punching the police officer in the head, and then engaging in a violent struggle with the police officer. The defendant has juvenile adjudications and numerous arrests. In short, the defendant has spent his entire life from the age of 11 engaging in criminal misconduct. Given his recidivism, in particular his repeated drug dealing, and the

danger he poses to other individuals in light of his assault convictions a sentence of 188 is reasonable.

The facts of this case also highlight the danger the defendant poses to his community. In this case, he assisted his co-conspirator in the sale of a firearm. Even more troubling, however, was the defendant's willingness to use a minor in his drug distribution business. Given the nature of the offense, the involvement with firearms and the use of a minor to distribute drugs, the Court should conclude that the defendant poses a serious danger to society. A sentence of at least 188 months is necessary to protect society, to deter others, and most importantly to deter the defendant from further criminal conduct.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

On December 5, 2007, I caused the within "Government's Sentencing Memorandum" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Ms. Mary McElroy
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj