UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

December 14, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 06-132-02ML
USA v. Daniel McLain

**CCA#** ______________

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By ______________________
John Duhamel
Deputy Clerk

Encl:
**Case File**
**Statement of Reasons (sealed)**
**PSR (sealed)**
**Certification of Medication (sealed);**
**Document Nos. 13, 15, 16 (sealed)**
**Document Nos. 43, 44, 45 (sealed)**
**Document Nos. 46, 47, 48 (sealed)**
**Certified Docket**