UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

December 14, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

**CCA#** 07-2822

CR 06-132-02ML
USA v. Daniel McLain

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel
Deputy Clerk

Encl:
**Case File**
**Statement of Reasons (sealed)**
**PSR (sealed)**
**Certification of Medication (sealed);**
**Document Nos. 13, 15, 16 (sealed)**
**Document Nos. 43, 44, 45 (sealed)**
**Document Nos. 46, 47, 48 (sealed)**
**Certified Docket**