UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

January 25, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 06-132ML
USA v. Daniel D. McLain

**CCA# 07-2822**

Dear Clerk of Court:

Enclosed herewith you will find a SUPPLEMENT to the RECORD ON APPEAL and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By___________________
John Duhamel
Deputy Clerk

Encl:
**Volume I:** **Docket entries 57, 58 (original transcripts of C/Plea & Sentencing Hearings)**
**Volume II:** **Sealed documents (Sealed portions of Docket entries 57, 58)**
**Certified Docket**