**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-132-02ML** |
| | ) | |
| **DANIEL MCLAIN** | ) | |

---

MOTION TO UNSEAL

Now comes Daniel McLain, the Defendant in the above captioned matter, and moves this Honorable Court to unseal the January 31, 2007 change of plea transcript as well as the December 6, 2007 sentencing transcript in this matter for the limited purpose of providing a copy to counsel. These transcripts are to be unsealed and delivered to the attorneys involved as well as the Court for purposes of defendant's appeal, the original transcripts should remain under seal.

Respectfully submitted
Daniel McLain
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra R. Beckner, AUSA and the United States Probation Office on the 25th day of January, 2008.

/s/ Mary S. McElroy