USDC/RI
06-00132
Lisi, J

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-2822

UNITED STATES,

Appellee,

v.

DANIEL D. MCLAIN,

Defendant, Appellant.

Before

Lipez, Selya and Howard,
Circuit Judges.

**JUDGMENT**

Entered: August 14, 2008

Appellant, convicted of drug crimes and sentenced to serve 164 months in prison, argues that enforcement of his waiver of appeal would result in a miscarriage of justice. We reject this argument. The court exercised its discretion to impose a sentence below the applicable advisory guideline range, finding a sentence within that range to be excessive under 18 U.S.C. § 3553(a). The judge explained the sentence, which fell between that recommended by the government pursuant to the plea agreement and the statutory minimum requested by defendant, in terms of several considerations, including defense arguments and statutory sentencing factors -- the need to protect the public, the need to deter crime, and the desirability of giving appellant a chance to learn skills that would enable him to obtain lawful employment upon release. United States v. Jimenez-Beltre, 440 F.3d 514 (1st Cir. 2006)(en banc).

As the sentence cannot be deemed unreasonable, there can be no miscarriage of justice in enforcing the waiver.

The motion for summary disposition is granted. We enforce the waiver of appeal and dismiss the appeal. See 1st Cir. R. 27.0(c).

By the Court:

/s/ Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

MG

Deputy Clerk

Date: 9/5/08

cc:
Beckner, Sandra
Green, Bruce
Lockhart, Donald C.