UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DANIEL MCLAIN

v.  CR 06-132

UNITED STATES OF AMERICA

MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion for Leave to Appeal In Forma Pauperis (Docket #78). For the reasons set forth in the Report and Recommendation issued by Magistrate Judge Almond on November 30, 2010 (Docket # 84), Defendant's Motion is DENIED.

Defendant's Motion for Clarification (Docket #83) is DENIED as moot.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
December 20, 2010